CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Isabel R. Masanque, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jeremiah Wagenfeld**,<br><br>　　　Plaintiff,<br><br>　v.<br><br>**City of Jurupa Valley;** and Does 1-10, Inclusive,<br><br>　　　Defendants. | Case No. ED CV 17-01313-ODW (RAOx)<br><br>**NOTICE OF ERRATA** |

　　　Please take notice that Plaintiff's counsel hereby submits the following Notice of Errata concerning the First Amended Complaint filing (docket entry 13). Due to a clerical error, the First Amended Complaint was filed in the ECF system under the Defendant, City of Jurupa Valley, and thereafter Isabel Masanque was incorrectly added as counsel for Defendant City of Jurupa Valley. The First Amended Complaint should have been selected as being filed by Plaintiff Jeremiah Wagenfeld, and Isabel Masanque should have been added as counsel for Plaintiff Jeremiah Wagenfeld. Plaintiff's

counsel apologizes for this error and respectfully requests that the docket be updated to reflect the proper parties.

Dated: August 17, 2017                              CENTER FOR DISABILITY ACCESS

                                                    By:   /s/ Isabel R. Masanque
                                                          Isabel R. Masanque, Esq.
                                                          Attorneys for Plaintiff

Notice of Errata